## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Electric Workers Health and Welfare Fund,
et al.,

Civil No. 10-83 (RHK/RLE)

Plaintiffs,

**ORDER**

vs.

Higgins Electrical Contracting, Inc.,

Defendant.

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: January 12, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge